field, individually and as trustee, etc., and others. No opinion. Motion denied. See, also, 151 N. Y. Supp. 1131.

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by William E. Mowbray against Harriet De Forest. No opinion. Motion denied, with $10 costs. Order filed. See, also, 162 App. Div. 906, 146 N. Y. Supp. 1101.

MULVANEY v. NESI et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Mary C. Mulvaney against Michele Nesi and others. M. Schleimer, of New York City, for appellant. H. Swain, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MURPHY v. HIRSCHMAN et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Charles T. Murphy against Stuard Hirschman and others. No opinion. Motion granted, with leave to vacate if the case is not diligently prosecuted, and argued not later than the May term.

MURTFELDT, Respondent, v. THORN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Edward M. Murtfeldt against Leander H. Thorn.

PER CURIAM. Motion for stay pending appeal granted, upon condition that appellant perfect his appeal, place the case on the calendar of the first motion day of the May term, and be ready for argument when reached. The court thinks that the issue should be tried at the Trial Term appointed for Orange county in May, 1915, that stipulation to that effect be made between the parties, and that the order should so provide. Settle order before Mr. Justice Stapleton.

NALEWAJKO, Respondent, v. TENNESSEE COPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Nicholaus Nalewajko against the Tennessee Copper Company. J. S. Wise, of New York City, for appellant. B. Gordon, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to abide event, on the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the weight of evidence. Order filed.

SCOTT and HOTCHKISS, JJ., dissent.

NELSON, Respondent, v. EDWARD DE V. TOMPKINS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Robert Nelson against Edward De V. Tompkins, Incorporated. J. B. Doyle, of New York City, for appellant. W. S. Evans, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NELSON, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by Torge Nelson against the Morse Dry Dock & Repair Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re NEW COURTHOUSE SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 30, 1915.) In the matter of the new courthouse site in the City of New York, wherein John P. Suerken and others appeal. No opinion. Order affirmed, with costs and disbursements. Order filed. See, also, 163 App. Div. 835, 147 N. Y. Supp. 1128; 151 N. Y. Supp. 407.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) In the matter of James E. Newell, an attorney and counselor at law. No opinion. Issues raised by the petition and the answer thereto referred to Mr. Charles A. Hawley, attorney, of Seneca Falls, to take the proofs thereon and report the same to this court, together with his opinion thereon.

NEW YORK ELECTRIC LINES CO. v. EMPIRE CITY SUBWAY CO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the New York Electric Lines Company against the Empire City Subway Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

NEW YORK REALTY OWNERS, Appellant, v. ISAACS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) Action by the New York Realty Owners against Bendet Isaacs and another, as executors, etc., of Myer Finn, deceased. No opinion. Judgment affirmed, with costs.

NICHOLSON et al. v. SPRAGUE et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Angus H. Nicholson and others against Charles S. Sprague and others. No opinion. Application granted. Order signed. See, also, 152 N. Y. Supp. 228.

NOWAK, Respondent, v. DE LANEY FORGE & IRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Paul Nowak against the De Laney Forge & Iron Company. No opinion. Motion for leave to appeal (in 151 N. Y. Supp. 1133) to Court of Appeals denied, with $10 costs.

NUSBAUM, Appellant, v. TERRY & TENCH CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Phœbe Nusbaum, as administratrix, against the Terry & Tench Company and others. H. M. Schaap, of New York City, for appellant. J. J. Mahoney, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.